IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LIMUEL HILL, JR.** **PLAINTIFF**
**#900715**

V.                    NO. 4:22-cv-001196-JM

**HIGGINS,** *et al.*                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, this case is DISMISSED, without prejudice.

IT IS SO ORDERED this 11th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE